# EXHIBIT B

## ASSIGNMENT OF PATENT LICENSE AGREEMENT

THIS ASSIGNMENT OF PATENT LICENSE AGREEMENT (this "*Assignment*") is made as of the 31st day of January, 2002 (the "*Effective Date*"), by Power Mosfet Technologies, L.L.C., a Texas Corporation, having its principal place of business at 115 North Wellington, #100, Marshall, Texas 75760 ("*PMT*"), to Third Dimension (3d) Semiconductor, Inc., a Texas Corporation, having an address at 2515 McKinney Avenue, Suite 1565 ("*TDS*").

### RECITALS

A.  PMT presently owns all right, title and interest in and to the patents and patent applications listed in attached Exhibit A (the "*Transferred Patents and Patent Applications*");

B.  PMT has entered into a Patent License Agreement with Fairchild Semiconductor Corporation (the "*Licensee*") under which PMT grants to the Licensee nonexclusive licenses under the Transferred Patents and Patent Applications (the "*Agreement*"), a copy of the Agreement being attached hereto as Exhibit B;

C.  PMT by assignment of even date has agreed to transfer, assign, convey, deliver and vest in and to TDS all of PMT's right, title and interest in, to and under the Transferred Patents and Patent Applications and the inventions disclosed and claimed in the Transferred Patents and Patent Applications for all countries, jurisdictions and political entities of the world;

D.  TDS desires to acquire all of TDS's right, title and interest in, to and under the Agreement and to assume all of TDS's obligations thereunder; and

E.  PMT desires to transfer, assign, convey, deliver and vest in and to TDS all of PMT's right, title, interest and obligations in, to and under the Agreement.

### AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is acknowledged, the parties hereto agree as follows:

1.  **Assignment of the Agreement.** PMT hereby transfers, sets over and assigns to TDS all of PMT's right, title and interest in, to and under the Agreement, and TDS hereby assumes all of PMT's obligations under the Agreement.

2.  **Notification of Licensee.** TDS shall notify the Licensee of this Assignment upon its due execution.

3.  **Indemnification.** TDS agrees to indemnify and hold harmless PMT and its affiliates, directors, officers, agents and employees (each, a "*PMT Indemnified Person*") from and against any and all costs, loans, liabilities and damages, and to reimburse each PMT Indemnified Person for all reasonable expenses, including any professional or attorneys' fees, incurred in investigating, preparing, pursuing or defending any claim, action, proceeding or investigation, whether or not in connection with pending or threatened litigation and whether or

not any PMT Indemnified Person is a party, arising after the Effective Date out of, relating to or in connection with the Agreement.

4. **Governing Law.** This Assignment shall be deemed to be a contract entered into pursuant to controlling federal law and the laws of the State of Texas, without regard to choice of law provisions.

5. **Entire Agreement.** This Assignment constitutes the entire understanding of the parties with respect to its subject matter, and there are no representations, warranties, terms or conditions other than those set forth herein. This Assignment may be altered, amended, or modified only by a writing signed by all of the parties hereto.

6. **Successors and Assigns.** This Assignment shall be binding upon and inure to the benefit of PMT and TDS and their respective successors and assigns forever.

7. **Inapplicable Provisions.** If any term, covenant or condition of this Assignment is held to be invalid, illegal or unenforceable in any respect, this Assignment shall be construed without such provision.

8. **Headings and Captions.** The headings and captions of various paragraphs of this Assignment are for convenience of reference only and are not to be construed as defining or limiting, in any way, the scope or intent of the provisions hereof.

IN WITNESS WHEREOF the undersigned have executed this Assignment as of the date and year first written above.

POWER MOSFET TECHNOLOGIES, L.L.C.

By: _____

Michael W. Shore

Manager and General Counsel


THIRD DIMENSION (3D) SEMICONDUCTOR, INC.

By: _____

Name: _____

Title: _____